THE HONORABLE J. KELLEY ARNOLD
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

ROBERT C. NORLING,

      Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social
Security

      Defendant.

NO.  C07-5686-JKA

STIPULATION AND ORDER TO
EXTEND BRIEFING SCHEDULE

IT IS HEREBY STIPULATED AND AGREED that the undersigned attorneys for the parties that the

Briefing Schedule set forth in the Court's Order of March 21, 2008, is hereby extended as follows:

      Plaintiff's Opening Brief to be filed on or before April 29, 2008.

      Defendant's Response Brief to be filed on or before May 28, 2008.

      Plaintiff's Reply Brief to be filed on or before June 16, 2008.

      DATED this 18th of April 2008.

/s/ Charles W. Talbot
Charles W. Talbot, WSBA # 7448
Attorney for Plaintiff

Approved by telephone call to Thomas M. Elsberry on
April 18, 2008
Thomas M. Elsberry
Attorney for Defendant

STIPULATION AND ORDER TO EXTEND
BRIEFING SCHEDULE - 1

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 CENTER STREET, STE. E.
TACOMA, WASHINGTON, 98409
FAX (253) 564-9300
PHONE (253) 566-9300

**ORDER**

Based upon the foregoing stipulation, it is hereby,

ORDERED, ADJUDGED AND DECREED that the briefing schedule in this case shall be modified as follows:

Plaintiff's Opening Brief to be filed on or before April 29, 2008.

Defendant's Response Brief to be filed on or before May 28, 2008.

Plaintiff's Reply Brief to be filed on or before June 16, 2008.

DATED this 22nd of April, 2008.


_/s/ J. Kelley Arnold_ _____
J. Kelley Arnold
U.S. Magistrate Judge


Presented by:

/s/ Charles W. Talbot _____
 Charles W. Talbot, WSBA # 7448
Attorney for Plaintiff

Approved by telephone call to Thomas M. Elsberry
April 18, 2008 _____
Thomas M. Elsberry
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue Suite 2900 MS/901
Seattle, WA. 98104-7075


STIPULATION AND ORDER TO EXTEND
BRIEFING SCHEDULE - 2

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 CENTER STREET, STE. E.
TACOMA, WASHINGTON, 98409
FAX (253) 564-9300
PHONE (253) 566-9300