# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT C. NORLING, Jr., | Civil No. C07-5686JKA |
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for a de novo hearing and further administrative proceedings, including but not limited to the following: the administrative law judge will re-evaluate the medical source opinions of record, particularly the opinions by Drs. Peterson and Reynolds; evaluate the third party statements; re-evaluate Plaintiff's residual functional capacity; continue with the sequential evaluation process to step 5; and obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's occupational base.

Page 1      ORDER - [C07-5686JKA]

This remand is pursuant to sentence four of 42 U.S.C. § 405(g).  Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

DATED this 17th day of June, 2008.

                             */s/ J. Kelley Arnold*
                             UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Thomas M. Elsberry
Thomas M. Elsberry   WSB # 26456
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2112
Fax:     206-615-2531
thomas.elsberry@ssa.gov