U.S. MAGISTRATE JUDGE
J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT C. NORLING,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security Administration,<br><br>        Defendant. | NO.  C07-5686JKA<br><br>STIPULATION AND ORDER RE AWARD<br>OF ATTORNEY'S FEES AND COSTS |

## STIPULATION

  It is hereby stipulated and agreed by the undersigned attorneys for the parties that the plaintiff shall have a judgement against the defendant for attorney's fees and costs pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, *et. seq.* and based upon the reasonable amount of time of 23.90 hours by counsel for the plaintiff, a statutorily allowed rate of $166.46 per hour, and $17.80 for service of the summons and complaint in this matter, the following order may be signed and entered by the court.

  Dated this 30th day of June 2008.

| | |
|---|---|
| /s/ Charles W. Talbot<br>Charles W. Talbot, WSBA #7448<br><br>Attorney for Plaintiff | Approved per  phone call from Thomas Elsberry on June 30, 2008<br><br>Thomas M. Elsberry<br>Attorney for Defendant |

STIPULATION AND ORDER RE AWARD
OF ATTORNEY'S FEES AND COSTS - 1

Law Office of
TALBOT & ASSOCIATES, P.S.
5005 Center Street, Ste.. E.
Tacoma, Washington, 98409
Fax (253) 564-9300
Phone (253) 566-9300

1  ORDER/JUDGMENT

2  Based upon the foregoing stipulation, and the court agreeing that fees and expenses should be awarded

3  under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and that costs should be awarded pursuant

4  to 28 U.S.C. § 1920, good cause having been shown, now, therefore it is hereby

5  ORDERED, ADJUDGED, AND DECREED that the Commissioner is directed to pay to plaintiff

6  attorney's fees in the sum of $3,978.39 and expenses of $17.80 pursuant to 28 U.S.C. § 1920, for a total

7  judgment of $3,996.19.

8  Dated this 8th day of July, 2008.

10  /s/ J. Kelley Arnold
    J. KELLEY ARNOLD
11  United States Magistrate Judge

14  Presented by:

16  /s/ Charles W. Talbot
    Charles W. Talbot WSBA #7448
17  Attorney for Plaintiff

19  Approved for entry:

21  Approved per phone call from Thomas Elsberry
    on June30, 2008
    Thomas M. Elsberry
22  Attorney for Defendant

STIPULATION AND ORDER RE AWARD
OF ATTORNEY'S FEES AND COSTS - 2

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 CENTER STREET, STE.. E.
TACOMA, WASHINGTON, 98409
FAX (253) 564-9300
PHONE (253) 566-9300